Filed by YH D.C.

Oct 25, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20702-CR-MARTINEZ/OTAZO-REYES

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

HANSON RICHARD LARKIN,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges:

On or about August 25, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**HANSON RICHARD LARKIN,**

did knowingly and intentionally transmit in interstate commerce a communication that contained a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat, that is, a series of text messages sent to L.R. in which the defendant stated, "I bought a gun with my first paycheck If I don't meet you I will be forced to use it" … "I told you how much I hate Jews right?" … "If meeting me for five seconds is not worth the lives of multiple Jews than I have no other option" … "There's a chabad near me. And Amtrak has no security for weapon" … "Don't make me make a choice theyll regret," in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1. The allegations set forth in this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **HANSON RICHARD LARKIN**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875, as alleged in this Information, the defendant shall forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY

_____
MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

HANSON RICHARD LARKIN,

**CERTIFICATE OF TRIAL ATTORNEY***

**Defendant.**
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

Miami **X**  Key West ____
FTL ____  WPB ____  FTP ____

New Defendant(s)  Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect

4. This case will take **0** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    **X**
   II   6 to 10 days
   III  11 to 20 days
   IV   21 to 60 days
   V    61 days and over

   (Check only one)
   Petty
   Minor
   Misdem.
   Felony    **X**

6. Has this case been previously filed in this District Court? (Yes or No)   **No**
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No)   **Yes**
   If yes:
   Magistrate Case No.   19-mj-03391-Becerra
   Related Miscellaneous numbers:

   Defendant(s) in federal custody as of   September 6, 2019
   Defendant(s) in state custody as of

   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)   **No**

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   **X** No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes   **X** No

_____
EDWARD N. STAMM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 373826

*Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: HANSON RICHARD LARKIN,

**Case No**: _____

Count #: 1
Threatening Communications in Interstate Commerce

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 Years' Imprisonment


Count #:



\* **Max. Penalty**:


Count #:



**\*Max. Penalty:**




**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| HANSON RICHARD LARKIN, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Michael H. Lambert, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*