UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20702-Cr-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

v.

HANSON RICHARD LARKIN

        Defendant.

_____/

**JOINT MOTION TO CONTINUE SENTENCING**

COMES NOW the United States, by and through the undersigned Assistant United States Attorneys, and the defendant, Hanson Richard Larkin, by and though his counsel, and file this Joint Motion to Continue Sentencing, stating as follows:

Sentencing in this case is set for Wednesday, **January 8, 2020, at 2:00 p.m**.   The undersigned today received an initial report on the results of an FBI headquarters-conducted enhanced analysis of the defendant's cellular phone.   This enhanced analysis has revealed for the first time the voluminous internet search history that the defendant deleted before the defendant voluntarily turned over the phone to the government.   The review of this newly received deleted search history is ongoing, and the government will make it available as soon as practicable to the defendant.

The undersigned informed Michael Lambert, counsel for the defendant, of this development earlier this afternoon, and explained that the ongoing review has so far revealed a large volume of disturbing and relevant internet searches that were deleted by the defendant.   This deleted search history information is relevant to the sentencing in

1

this case, and both parties believe it is necessary and appropriate for there to be a thirty (30) day continuance of sentencing to allow the new information to be provided to the defendant and fully analyzed by both parties for use in the sentencing process.

This motion is not made for the purpose of delay, but to allow both parties to be fully prepared based on the newly received relevant information, and to allow for the most complete record to presented to the Court for the purpose of sentencing.  The undersigned has discussed this matter with Michael Lambert, counsel for the defendant, and he agrees with this motion for continuance, and has authorized its filing by the undersigned as a Joint Motion.

**WHEREFORE**, the United States and the defendant, for the reasons set forth above, jointly request that this Court continue the sentencing for thirty (30) days.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:     s/*Edward N. Stamm*
          Edward N. Stamm (FL Bar #373826)
          Assistant United States Attorney
          U.S. Attorney's Office - SDFL
          99 Northeast Fourth Street, 8th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9164
          E-mail: edward.stamm@usdoj.gov


By:     *s/Maria K. Medetis*
          Maria K. Medetis (FL Bar #1012329)
          Assistant United States Attorney
          U.S. Attorney's Office - SDFL
          Telephone: (305) 961-9010
          E-mail: maria.medetis@usdoj.gov

2