UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 19-20702-CR-MARTINEZ**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

HANSON RICHARD LARKIN,
    Defendant.
_____/

## ORDER PURSUANT TO 18 U.S.C. § 4244

THIS CAUSE came before the Court upon newly discovered information by defense counsel relating to Defendant's present mental condition. Pursuant to 18 U.S.C. § 4244(a), the Court may—on its own accord—order a hearing on the present mental condition of the Defendant "if it is of the opinion that there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility."

The Court finds that such reasonable cause exists and hereby **ORDERS** that such hearing will occur. Counsel for both parties shall apprise the Court of potential dates of availability for such hearing **on or before February 14, 2020.**

Additionally, pursuant to 18 U.S.C. § 4244(b), the Court hereby **ORDERS** that a psychiatric or psychological examination of the Defendant shall be conducted, and that a psychiatric or psychological report be filed with the Court, pursuant to the provisions of section 4247(b) and (c). Should the examiners opine that the Defendant is presently suffering from a mental disease or defect "but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing

alternatives that could best accord the Defendant the kind of treatment he does need." 18 U.S.C. § 4244(b).

Given that such examination and hearing shall require additional time, the Court hereby **CANCELS** the current sentencing hearing set for February 18, 2020. Sentencing is hereby reset for March 13, 2020 at 2:00 PM in Miami, Florida.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 day of February 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record